IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES B. ABSTON, JR., etc.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 06-0378-WS-C |
| | ) |
| **SOUTHEASTERN EQUIPMENT COMPANY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

The plaintiff has filed a motion to amend the complaint. (Doc. 11). The defendants are **ordered** to file and serve any response to the motion on or before **August 4, 2006**. The plaintiff is **ordered** to file and serve any reply on or before **August 14, 2006**. The Court will take the motion to amend under submission on **August 15, 2006**.

DONE and ORDERED this 27th day of July, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE